UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al** vs. **Corrections Corporation of America**, et al

List all clients you represent in this appeal:

> **Marie Newby**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☑ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel A. Horwitz**   Signature: s/ **Daniel A. Horwitz**

Firm Name: **Horwitz Law, PLLC**

Business Address: **4016 Westlawn Dr.**

City/State/Zip: **Nashville, TN 37209**

Telephone Number (Area Code): **615-739-2888**

Email Address: **daniel@horwitz.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---