UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-5312**    Case Manager: **Sharday S. Swain**

Case Name: **Nikki Grae, et al v. Corrections Corporation of America, et al**

Is this case a cross appeal?  ☐ Yes   ☑ No

Has this case or a related one been before this court previously?  ☑ Yes  ☐ No

If yes, state:
   Case Name: **In re CoreCivic, Inc.**    Citation: **Case 19-0504, 2019 WL 4197586**
   Was that case mediated through the court's program?  ☐ Yes  ☐ No  Unknown to Intervenor-Appellant

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> The Intervenor-Appellant's appeal is taken against all Parties.
>
> The specific issue the Intervenor-Appellant proposes to raise is whether the District Court erred by denying in part her motion to unseal extensive documents in this case of extraordinary public interest when the opponents of sealing failed to demonstrate—on a document-by-document, line-by-line basis—that specific information in the court record meets the demanding requirements for a seal.

**This is to certify that a copy of this statement was served on opposing counsel of record this __18__ day of _____ April , 2022 .**

Daniel A. Horwitz
Name of Counsel for Appellant