# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540<br>
POTTER STEWART U.S. COURTHOUSE<br>
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 18, 2022

Mr. Paul Kent Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215

Mr. Christopher Todd Cain
Scott & Cain
550 W. Main Avenue
Suite 601
Knoxville, TN 37902

Mr. Patrick V. Dahlstrom
Pomerantz, Haudek, Block, Grossman & Gross
10 S. LaSalle Street
Suite 3505
Chicago, IL 60602-0000

Mr. Brian Glennon
Latham & Watkins
355 S. Grand Avenue
Suite 100
Los Angeles, CA 90071

Mr. Michael Goldberg
Goldberg Law
1999 Avenue of the Starts
Los Angeles, CA 90067

Ms. Elizabeth O. Gonser
Riley & Jacobson
1906 West End Avenue
Nashville, TN 37203

Mr. Dennis J. Herman
Robbins, Geller, Rudman & Dowd
1 Montgomery Street
Suite 1800
San Francisco, CA 94104

Mr. J. Alexander Hood II
Pomerantz
600 Third Avenue
20th Floor
New York, NY 10016

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

Mr. Jerry E. Martin
Barrett Johnston Martin & Garrison
414 Union Street
Suite 900
Nashville, TN 37219

Mr. Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067

Ms. Ellen Gusikoff Stewart
Robbins, Geller, Rudman & Dowd
655 W. Broadway
Suite 1900
San Diego, CA 92101

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Christopher M. Wood
Robbins Geller Rudman & Dowd
414 Union Street
Suite 900
Nashville, TN 37219

Re: Case No. 22-5312, *Nikki Grae, et al v. Corrections Corporation of America, et al*
Originating Case No. : 3:16-cv-02267

Dear Counsel,

   This letter is to inform you that the caption in the above referenced case has been amended to change party Nikki Bollinger Grae to a plaintiff-appellee and to add additional plaintiffs to the appeal as appellants. The case opening letter sent 04/15/2022 has been included to serve the added parties.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure