| 22-5312 |
|---|
| NIKKI BOLLINGER GRAE; LUVELL L. GLANTON; AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund<br><br>       Plaintiffs-Appellees<br><br>and<br><br>MARIE NEWBY<br><br>       Proposed Intervenor-Appellant<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA; DAMON T. HINIGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director<br><br>       Defendants - Appellees |