**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 15, 2022

Mr. Brian Glennon
Latham & Watkins
355 S. Grand Avenue
Suite 100
Los Angeles, CA 90071

Ms. Elizabeth O. Gonser
Riley & Jacobson
1906 West End Avenue
Nashville, TN 37203

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Re: Case No. 22-5312, *Nikki Grae, et al v. Corrections Corporation of America, et al*
Originating Case No. : 3:16-cv-02267

Dear Counsel,

This appeal has been docketed as case number **22-5312** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 29, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Transcript Entry
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-5312

NIKKI BOLLINGER GRAE

    Plaintiff

and

MARIE NEWBY

    Proposed Intervenor-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA; DAMON T. HINIGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director

    Defendants - Appellees