UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al.** vs. **Corrections Corporation of America, et al.**

List all clients you represent in this appeal:

**Corrections Corporation of America; Damon T. Hininger; David M. Garfinkle; Todd J. Mullenger; Harley G. Lappin**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☒ Appellee     ☐ Respondent    ☐ Intervenor             (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eric Pettis**    Signature: s/ **Eric Pettis**

Firm Name: **Latham & Watkins LLP**

Business Address: **355 S. Grand Ave., Suite 100**

City/State/Zip: **Los Angeles, CA 90071-1560**

Telephone Number (Area Code): **(213) 891-7397**

Email Address: **eric.pettis@lw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.