UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al.**                vs. **Corrections Corporation of America, et a**

List all clients you represent in this appeal:

**Corrections Corporation of America; Damon T. Hiniger; David M. Garfinkle; Todd J. Mullenger; and Harley G. Lappin**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Steven A. Riley**          Signature: s/ **Steven A. Riley**

Firm Name: **Riley & Jacobson, PLC**

Business Address: **1906 West End Avenue**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **615-320-3700**

Email Address: **sriley@rjfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.