UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al.** vs. **Corrections Corporation of America, et al.**

List all clients you represent in this appeal:

**Corrections Corporation of America; Damon T. Hininger; David M. Garfinkle; Todd J. Mullenger; Harley G. Lappin**

☐ Appellant      ☐ Petitioner       ☐ Amicus Curiae     ☐ Criminal Justice Act
☒ Appellee       ☐ Respondent       ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael Anthony Galdes**   Signature: s/ **Michael Anthony Galdes**

Firm Name: **Latham and Watkins LLP**

Business Address: **355 South Grand Avenue, Suite 100**

City/State/Zip: **Los Angeles, CA 90071-1560**

Telephone Number (Area Code): **(213) 891-7303**

Email Address: **michael.galdes@lw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---