## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| NIKKI BOLLINGER GRAE, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | Sixth Circuit Case No. 22-5312 |
| | § | |
| *v.* | § | MDTN Case No. 3:16-cv-02267 |
| | § | |
| CORRECTIONS CORPORATION OF | § | Judge Aleta A. Trauger |
| AMERICA, *et al.*, | § | |
| | § | Magistrate Judge Jeffery Frensley |
| *Defendants.* | § | |

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to 6 Cir. R. 26(a)(1) and Fed. R. App. P. 26(b), Appellant Marie Newby respectfully moves for an extension of time—until **July 8, 2022**—within which to file her Principal Brief in this matter. As grounds, Appellant's counsel submits that a jury trial during the Appellant's briefing period (Davidson County Circuit Court Case No. 18C1777), an overlapping June 2, 2022 briefing deadline in Tennessee Supreme Court Case M2020-01285-COA-R3-CV, and counsel's preparation for a forthcoming June 8, 2022 oral argument in Sixth Circuit Case No. 21-5932 have complicated counsel's ability to complete Appellant's brief by the Court's original June 8, 2022 briefing deadline. Accordingly, the Appellant respectfully moves this Court for an extension of time until July 8, 2022, to file Appellant's Principal Brief.

Respectfully submitted,

By:    /s/ Daniel A. Horwitz
        DANIEL A. HORWITZ, BPR #032176
        LINDSAY SMITH, BPR #035937
        HORWITZ LAW, PLLC
        4016 WESTLAWN DR.
        NASHVILLE, TN 37209
        daniel@horwitz.law
        lindsay@horwitz.law
        (615) 739-2888

        Brice M. Timmons #29582
        Craig A. Edgington #38205
        DONATI LAW, PLLC
        1545 Union Ave.
        Memphis, Tennessee 38104
        (901) 278-1004 – Telephone
        (901) 278-3111 – Facsimile
        brice@donatilaw.com
        craig@donatilaw.com

        *Counsel for Intervenor-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2022, service of the foregoing document was made upon the following Filing Users through the Court's Electronic Filing System:

Michael Goldberg
GOLDBERG LAW, PC
1999 Avenue of the Starts, Suite 1100
Los Angeles, CA 90067
Email: michael@goldberglawpc.com

Jeremy A. Lieberman
J. Alexander Hood, II
Marc C. Gorrie
POMERANTZ, LLP
600 Third Ave., 20th Floor
New York, NY 10016
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue, Suite 601
Knoxville, TN 37902
Email: cain@scottandcain.com

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN &
DOWD, LLP
414 Union Street, Suite 900
Nashville, TN 37219
Email: clyons@rgrdlaw.com
Email: cwood@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN &
DOWD, LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Email: dherman@rgrdlaw.com
Email: willowr@rgrdlaw.com
Email: kennyb@rgrdlaw.com

Brian T. Glennon
David J. Schindler
Faraz Mohammadi
Meryn C.N. Grant
LATHAM & WATKINS, LLP (LA Office)
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
Email: brian.glennon@lw.com
Email: david.schindler@lw.com
Email: faraz.mohammadi@lw.com
Email: Meryn.Grant@lw.com

Morgan E. Whitworth
LATHAM & WATKINS
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Email: morgan.whitworth@lw.com

Elizabeth O. Gonser
Milton S. McGee, III
Steven Allen Riley
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203
Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com
Email: egonser@rwjplc.com

James A. Holifield, Jr.
HOLIFIELD, JANICH, RACHAL, & ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Email: aholifield@holifieldlaw.com

Sarah A. Tomkowiak
LATHAM & WATKINS LLP (DC Office)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Email: sarah.tomkowiak@lw.com

Patrick V. Dahlstrom
POMERANTZ, LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

Ellen Gusikoff Stewart
Jason A. Forge
Natalie F. Lakosil
Rachel L. Jensen
ROBBINS GELLER RUDMAN &
DOWD, LLP (San Diego)
655 W Broadway, Suite 1900
San Diego, CA 92101
Email: elleng@rgrdlaw.com
Email: jforge@rgrdlaw.com
Email: nlakosil@rgrdlaw.com
Email: rachelj@rgrdlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East Suite 2460 Los Angeles, CA 90067

By:    /s/ Daniel A. Horwitz
       Daniel A. Horwitz, Esq.