UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al.** vs. **Corrections Corp. of America, et al.**

List all clients you represent in this appeal:

**AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund (Lead Plaintiff/Class Representative)**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☒ Appellee         ☐ Respondent        ☐ Intervenor                  (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher M. Wood**        Signature: s/ **Christopher M. Wood**

Firm Name: **Robbins Geller Rudman & Dowd LLP**

Business Address: **414 Union Street, Suite 900**

City/State/Zip: **Nashville, TN 37219**

Telephone Number (Area Code): **(615) 244-2203**

Email Address: **cwood@rgrdlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |