UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Grae** vs. **Corrections Corp. of America**

List all clients you represent in this appeal:

**Reporters Committee for Freedom of the Press; Graham Media Group, Michigan, Inc. d/b/a WDIV-TV; Institute for Public Service Reporting; Memphis Fourth Estate, Inc. d/b/a Daily Memphian; Michigan Press Association; Nashville Public Radio; National Press Club; National Press Club Journalism Institute; Tennessee Coalition for Open Government; Tennessee Association of Broadcasters; The Tennessee Lookout**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Paul R. McAdoo** Signature: s/ **Paul R. McAdoo**

Firm Name: **Reporters Committee for Freedom of the Press**

Business Address: **6688 Nolensville Rd., Ste. 108-20**

City/State/Zip: **Brentwood, TN 37027**

Telephone Number (Area Code): **(615) 823-3633**

Email Address: **pmcadoo@rcfp.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17