UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **NIKKI BOLLINGER GRAE, et al.**   vs. **CORRECTIONS CORP. OF AMERICA**

List all clients you represent in this appeal:

**Eddie Tardy**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☒ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel A. Horwitz**   Signature: s/ **Daniel A. Horwitz**

Firm Name: **Horwitz Law, PLLC**

Business Address: **4016 Westlawn Dr.**

City/State/Zip: **Nashville, TN 37209**

Telephone Number (Area Code): **615-739-2888**

Email Address: **daniel@horwitz.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |