# IN THE SEVENTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
## PROBATE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ESTATE OF | ) No. 22P1463 |
| LAEDDIE COLEMAN | ) |
| Decedent, | ) |
| | ) |
| EDDIE L. TARDY, | ) |
| Petitioner. | ) |

## ORDER FOR LETTERS OF ADMINISTRATION

This matter came to be heard this 26th day of August, 2022, before the Probate Judge, for the Seventh Circuit Court for Davidson County, upon the Petition of Eddie L. Tardy for the Petition of Letters of Administration for the Estate of LaEddie Coleman, and the entire record, from all of which the Court finds as follows:

The Decedent, LaEddie Coleman, died intestate on September 6, 2021, and was, at the time of his death, a resident of Davidson County, Tennessee.

Although Petitioner does have a felony or misdemeanor conviction that would disqualify him within the meaning of §40-20-115, such disqualification was remedied by an Agreed Final Order Granting Petition for Restoration of Citizen Rights, entered August 2, 2022, Case No. 22C1239, Second Circuit Court for Davidson County, Tennessee, reinstating Petitioner's right to serve as a fiduciary of an estate.

It is accordingly ORDERED, ADJUDGED and DECREED by the Court that:

1. That Letters of Administration be issued to Eddie L. Tardy as Administrator of the Estate, and that he be permitted to qualify with bond reserved until an inventory is made.

2. That the Administrator make an inventory and all accountings as required by law.

3. Notice will be issued to creditors as required by Tennessee Code Annotated §30-2-306.

*Bond Review to Be set By sep. order*

ENTERED, this 26th day of Oct., 2022.

_____
PROBATE JUDGE

APPROVED FOR ENTRY:

/s/ John M. McDonald
John M. McDonald (#20895)
EVANS, JONES & REYNOLDS, P.C.
SunTrust Plaza, Suite 710
401 Commerce Street
Nashville, Tennessee 37219
Telephone: (615) 259-4685

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via U.S. Mail this 26th day of August, 2022:

Brittany Nicole Mak
*Natural Guardian for Cameron Lakari Coleman*
1037 Center Point Road
Apt 608
Hendersonville, TN 37075

/s/ John M. McDonald
John M. McDonald