**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 20, 2022

Mr. Craig A. Edgington
Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Michael Galdes
Mr. Brian Glennon
Mr. Eric Charles Pettis
Latham & Watkins
355 S. Grand Avenue
Suite 100
Los Angeles, CA 90071

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

Mr. Paul R. McAdoo
Reporters Commitee for Freedom of the Press
6688 Nolensville Road
Suite 108-120
Brentwood, TN 37027

Mr. Milton S. McGee III
Mr. Steven A. Riley
Riley & Jacobson
1906 West End Avenue
Nashville, TN 37203

Mr. Christopher M. Wood
Robbins Geller Rudman & Dowd
414 Union Street
Suite 900
Nashville, TN 37219

    Re:  Case No. 22-5312, *Nikki Grae, et al v. Corrections Corporation of America, et al*
           Originating Case No. : 3:16-cv-02267

Dear Counsel,

    The Court issued the enclosed Order today in this case.

               Sincerely yours,

               s/Sharday S. Swain
               Case Manager
               Direct Dial No. 513-564-7027

Enclosure