No. 22-5312

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

FILED
Oct 20, 2022
DEBORAH S. HUNT, Clerk

NIKKI BOLLINGER GRAE; LUVELL L. GLANTON; AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund,

    Plaintiffs-Appellees,

And MARIE NEWBY

    Proposed Intervenor-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA; DAMON T. HINIGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director,

    Defendants-Appellees.

ORDER

Before: BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

Five other circuits have addressed whether intervenors have standing to seek document unsealing. *Compare Pub. Citizen v. Liggett Grp., Inc.*, 858 F.2d 775, 787 (1st Cir. 1988) (holding that intervenors have standing), *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 777 (3d Cir. 1994) (same), *Doe v. Pub. Citizen*, 749 F.3d 246, 262–65 (4th Cir. 2014) (same), *and Brown v. Advantage Eng'g*, 960 F.2d 1013, 1016 (11th Cir. 1992) (same), *with Deus v. Allstate Ins. Co.*, 15 F.3d 506, 525–26 (5th Cir. 1994) (holding that intervenors do not have standing). Because of the significant Article III question this case raises, we ORDER Eddie Tardy and Corrections Corporation of America to submit supplemental briefing, not to exceed twenty (20) pages, to address Tardy's

No. 22-5312
*Grae v. Corrections Corp. of Am.*

standing. The parties shall file their supplemental briefs no later than fourteen days from entry of this order.

 Remote oral argument will be held November 15, 2022 at 2PM.

              ENTERED BY ORDER OF THE COURT

              Deborah S. Hunt, Clerk

-2-