**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 20, 2022

**Notice of Argument by Video Conference at
2:00 p.m. (Eastern Time) on Tuesday, November 15, 2022**

| | |
|---|---|
| Mr. Brian Glennon<br>Latham & Watkins<br>355 S. Grand Avenue, Suite 100<br>Los Angeles, CA 90071 | Mr. Daniel Alexander Horwitz<br>Horwitz Law<br>4016 Westlawn Drive<br>Nashville, TN 37209 |

Re: No. 22-5312, *Nikki Grae, et al v. Corrections Corporation of America, et al*

Dear Counsel:

This case is scheduled for argument by video conference at **2:00 p.m. (Eastern Time) on Tuesday, November 15, 2022** before a three-judge panel of the Sixth Circuit Court of Appeals. You must be available for argument from **1:30 p.m. through 3:00 p.m.** In addition, please note the following:

- You will be provided specific video conference information 1-2 business days prior to the argument date;
- The time allotted for oral argument is limited to 15 minutes per side;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

**If you are the attorney who will present argument in this case, download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by October 28, 2022**.

Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances. If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible. Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Lance A. Gifford, Senior Calendar Deputy

cc: Mr. Craig A. Edgington  Mr. Eric Charles Pettis
    Mr. Michael Galdes  Mr. Steven A. Riley
    Mr. Paul R. McAdoo  Mr. Brice Moffatt Timmons
    Mr. Milton S. McGee III  Mr. Christopher M. Wood