# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5312

2. Case Caption (Short Title): Nikki Grae, et al v. Corrections Corporation of America, et al.

3. Argument is scheduled for 2:00 EST on Tuesday, November 15, 2022 and will be held:

   [ ] Live (In Person)     [✓] by Video     [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Daniel A. Horwitz, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [ ] Appellee / Respondent     [✓] Intervenor     _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Eddie Tardy

6. Minutes reserved for rebuttal, if applicable: 3 (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I certify that on Daniel A. Horwitz the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Daniel A. Horwitz

---

*Click here to see a completed example of this form.*