UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **NIKKI BOLLINGER GRAE, et al.** vs. **CORRECTIONS CORP. OF AMERICA**

List all clients you represent in this appeal:

**Eddie Tardy**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☑ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Melissa K. Dix**  Signature: s/ **Melissa K. Dix**

Firm Name: **Horwitz Law, PLLC**

Business Address: **4016 Westlawn Drive**

City/State/Zip: **Nashville, TN 37209**

Telephone Number (Area Code): **(615) 739-2888**

Email Address: **melissa@horwitz.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---