# United States Court of Appeals for the Sixth Circuit

## Orientation Acknowledgment

1. Attorney's Name: Daniel A. Horwitz

2. Date & time of the orientation session you plan to attend:
   Thursday, November 10 at 3:00 p.m EST

3. How many Sixth Circuit orientation sessions have you attended in the past?
   - [x] None
   - [ ] One
   - [ ] Two or more

4. How many arguments have you presented before the Sixth Circuit in a video conference environment?
   - [x] None
   - [ ] One
   - [ ] Two or more

5. What type of equipment will you be utilizing during the orientation and argument?
   - [x] Windows
   - [ ] Mac (Apple)
   - [ ] iOS (i-Pad)
   - [ ] Phone (audio-only)
   - [ ] Android
   - [ ] Unknown
   - [ ] Other (please specify): _____

6. Emergency Contact Telephone Number: 310-948-9354

   **The Court should be able to reach you at this number in the event you experience any technical difficulties on the day of your orientation and/or argument.**

**If you have not previously registered as an ECF filer, you must do so first.**

Docketing Instructions:
Event Category: **Argument**; Event: **Orientation Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on Nov. 9, 2022 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Daniel A. Horwitz