**Video Argument, 2:00 P.M.**                                           Tuesday, November 15, 2022

**Batchelder, Gibbons, Thapar**

22-5312   Nikki Grae, et al. v. Corrections Corporation of America, et al.

Nikki Bollinger Grae, et al.

    **Plaintiffs – Appellees**

Eddie Tardy                                                                                  ret   Daniel Alexander Horwitz
                                                                                                                   *3 Minutes Rebuttal*

    **Proposed Intervenor – Appellant**

                                  **V.**

Corrections Corporation of America, et al.                                     ret   Roman Martinez

    **Defendants – Appellees**

*Karen Fultz, Courtroom Deputy*

An individual appeals a post-judgment order granting in part and denying in part her motion to intervene and unseal documents in this class action that may support similar claims raised in her action.   (15 Minutes Per Side)