

DANIEL A. HORWITZ
Daniel@Horwitz.law

LINDSAY E. SMITH
Lindsay@Horwitz.law

MELISSA K. DIX
Melissa@Horwitz.law

4016 WESTLAWN DR.
NASHVILLE, TN 37209
WWW.HORWITZ.LAW
O: (615) 739-2888

November 15, 2022

**VIA CM/ECF**

**Re:     Citation of Supplemental Authorities, Case: 22-5312**

Under Fed.R.App.P. 28(j), Mr. Tardy advises the Court of pertinent and significant authorities located after argument.

Following the extensive discussion of *TransUnion LLC v. Ramirez*, 141 S.Ct. 2190 (2021), during argument, Mr. Tardy determined the actual question presented in *TransUnion*: "Whether either Article III or Rule 23 permits **a damages** class action where the vast majority of the class suffered no actual injury, let alone an injury anything like what the class representative suffered." **Attach. 1** at 2 (emphasis added).  That was the only question presented.  141 S.Ct. 972 (2020) ("Petition for writ of certiorari . . . granted limited to Question 1").  Thus, *TransUnion* expressly did *not* adjudicate questions regarding *non*-damages claims arising from public-disclosure laws.  *TransUnion*, 141 S. Ct. at 2214 ("*Akins* and *Public Citizen* . . . involved denial of information subject to public-disclosure or sunshine laws that entitle all members of the public to certain information. This case does not involve such a public-disclosure law.").

Other courts—including the Eleventh Circuit—consider that distinction relevant. *See Van Cleve v. U.S. Sec'y of Com.*, 2022 WL 1640669, at *4 (11th Cir. May 24, 2022) ("Van Cleve's alleged informational injury was not concrete because neither [statute] is a public-disclosure law that entitles all members of the public to certain information."); *Ipsen Biopharmaceuticals, Inc. v. Becerra*, 2021 WL 4399531, at *10 n.4 (D.D.C. Sept. 24, 2021) ("*TransUnion* suggested that the violation of 'public-disclosure or sunshine laws that entitle all members of the public to certain information' is necessarily a justiciable injury.").  Further, given the question presented in *TransUnion* and its explicit non-application to public-disclosure laws, this Court's precedents—including *Application of Storer Commc'ns, Inc.*, 828 F.2d 330 (6th Cir. 1987) and *Meyer Goldberg, Inc. v. Fisher Foods, Inc.*, 823 F.2d 159 (6th Cir. 1987)—cannot have been overruled by it.  Thus, the question presented in *TransUnion* is pertinent and significant because "this circuit follows the rule that the holding of a published panel opinion binds all later panels unless

overruled or abrogated en banc or by the Supreme Court." *Wright v. Spaulding*, 939 F.3d 695, 700 (6th Cir. 2019).

          Respectfully submitted,

By:   /s/ Daniel A. Horwitz   
       DANIEL A. HORWITZ, BPR #032176
       LINDSAY SMITH, BPR #035937
       MELISSA K. DIX, BPR #038535
       HORWITZ LAW, PLLC
       4016 WESTLAWN DR.
       NASHVILLE, TN 37209
       daniel@horwitz.law
       lindsay@horwitz.law
       melissa@horwitz.law
       (615) 739-2888

*Counsel for Eddie Tardy*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this letter complies with the length limitations of Fed. R. App. P. 28(j) because the body of the letter is 350 words.

        By:   /s/ Daniel A. Horwitz  
                DANIEL A. HORWITZ, BPR #032176

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2022, service of the foregoing document was made upon the following Filing Users through the Court's Electronic Filing System:

Michael Goldberg
GOLDBERG LAW, PC
1999 Avenue of the Starts, Suite 1100
Los Angeles, CA 90067
Email: michael@goldberglawpc.com

Jeremy A. Lieberman
J. Alexander Hood, II
Marc C. Gorrie
POMERANTZ, LLP
600 Third Ave., 20th Floor
New York, NY 10016
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: mgorrie@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Christopher T. Cain
SCOTT & CAIN
550 W Main Avenue, Suite 601
Knoxville, TN 37902
Email: cain@scottandcain.com

Christopher Hamp Lyons
Christopher M. Wood
ROBBINS GELLER RUDMAN &

DOWD, LLP
414 Union Street, Suite 900
Nashville, TN 37219
Email: clyons@rgrdlaw.com
Email: cwood@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

Dennis J. Herman
Willow E. Radcliffe
Kenneth J. Black
ROBBINS GELLER RUDMAN & DOWD, LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Email: dherman@rgrdlaw.com
Email: willowr@rgrdlaw.com
Email: kennyb@rgrdlaw.com

Brian T. Glennon
David J. Schindler
Faraz Mohammadi
Meryn C.N. Grant
LATHAM & WATKINS, LLP (LA Office)
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
Email: brian.glennon@lw.com
Email: david.schindler@lw.com
Email: faraz.mohammadi@lw.com
Email: Meryn.Grant@lw.com

Morgan E. Whitworth
LATHAM & WATKINS
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Email: morgan.whitworth@lw.com

Elizabeth O. Gonser
Milton S. McGee, III
Steven Allen Riley
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203
Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com
Email: egonser@rwjplc.com

James A. Holifield, Jr.
HOLIFIELD, JANICH, RACHAL, & ASSOCIATES, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Email: aholifield@holifieldlaw.com

Sarah A. Tomkowiak
LATHAM & WATKINS LLP (DC Office)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Email: sarah.tomkowiak@lw.com

Patrick V. Dahlstrom
POMERANTZ, LLP
10 South La Salle St., Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

Ellen Gusikoff Stewart
Jason A. Forge
Natalie F. Lakosil
Rachel L. Jensen
ROBBINS GELLER RUDMAN &
DOWD, LLP (San Diego)
655 W Broadway, Suite 1900
San Diego, CA 92101
Email: elleng@rgrdlaw.com
Email: jforge@rgrdlaw.com
Email: nlakosil@rgrdlaw.com
Email: rachelj@rgrdlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East Suite 2460 Los Angeles, CA 90067

Brice M. Timmons #29582
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com

             By: /s/ Daniel A. Horwitz
                DANIEL A. HORWITZ, BPR #032176