# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 28, 2022

Mr. Paul R. McAdoo
Reporters Commitee for Freedom of the Press
6688 Nolensville Road
Suite 108-120
Brentwood, TN 37027

Re:  Case No. 22-5312, *Nikki Grae, et al v. Corrections Corp. of America, et al*
Originating Case No.: 3:16-cv-02267

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette Macon on behalf of
Sharday S. Swain, Case Manager
Direct Dial No. 513-564-7027

cc:  Ms. Melissa K. Dix
Mr. Craig A. Edgington
Mr. Michael Galdes
Mr. Brian Glennon
Ms. Lynda M. Hill
Mr. Daniel Alexander Horwitz
Mr. Roman Martinez
Mr. Milton S. McGee III
Mr. Eric Charles Pettis
Mr. Steven A. Riley
Mr. Brice Moffatt Timmons
Mr. Christopher M. Wood

Enclosure