Case No. 22-5312

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NIKKI BOLLINGER GRAE; LUVELL L. GLANTON; AMALGAMATED BANK, as Trustee for the LongView Collective Investment Fund

    Plaintiffs-Appellees

and

MARIE NEWBY

    Proposed Intervenor-Appellant

v.

CORRECTIONS CORPORATION OF AMERICA; DAMON T. HININGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, Director

    Defendants - Appellees

  Upon consideration of the motion of the Reporters Committee for Freedom of the Press, Graham Media Group, Michigan, Inc. d/b/a WDIV-TV, the Institute for Public Service Reporting, Memphis Fourth Estate, Inc. d/b/a Daily Memphian, the Michigan Press Association, Nashville Public Radio, the National Press Club, the National Press Club Journalism Institute, the Tennessee Coalition for Open Government, the Tennessee Association of Broadcasters, and the Tennessee Lookout,

  It is **ORDERED** that the motion is **GRANTED**.

                                          **ENTERED BY ORDER OF THE COURT**
                                          Deborah S. Hunt, Clerk

Issued: November 28, 2022