## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 27, 2023

Mr. Roman Martinez
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Re: Case No. 22-5312, *Nikki Grae, et al v. Corrections Corp. of America, et al*
Originating Case No.: 3:16-cv-02267

Dear Mr. Martinez,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be in the clerk's office not later than the close of business on Friday, **February 10, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Ms. Melissa K. Dix
Mr. Craig A. Edgington
Mr. Michael Galdes
Mr. Brian Glennon
Mr. Daniel Alexander Horwitz
Mr. Paul R. McAdoo
Mr. Milton S. McGee III
Mr. Eric Charles Pettis
Mr. Steven A. Riley
Mr. Brice Moffatt Timmons
Mr. Christopher M. Wood