UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5312**

Case Title: **Nikki Grae, et al.**  vs. **Corrections Corporation of America, et a**

List all clients you represent in this appeal:

> **Corrections Corporation of America; Damon T. Hininger; David M. Garfinkle; Todd J. Mullenger; Harley G. Lappin**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christina R. Gay**    Signature: s/ **Christina R. Gay**

Firm Name: **Latham & Watkins LLP**

Business Address: **555 Eleventh Street, NW, Suite 1000**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **(202) 637-2200**

Email Address: **christina.gay@lw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---