No. 22-5312

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Mar 9, 2023
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| NIKKI BOLLINGER GRAE, ET AL., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)    O R D E R |
| CORRECTIONS CORPORATION OF AMERICA, NKA CORECIVIC; DAMON T. HININGER; DAVID M. GARFINKLE; TODD J. MULLENGER; HARLEY G. LAPPIN, DIRECTOR, | )<br>)<br>)<br>)<br>) |
| Defendants-Appellees, | )<br>) |
| MARIE NEWBY, | )<br>) |
| Intervenor-Appellant, | )<br>) |
| EDDIE TARDY, | )<br>) |
| Proposed Intervenor. | )<br>)<br>) |

**BEFORE:** BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision. The petition then was circulated to the full court. Less than a majority of the judges voted in favor of rehearing en banc.

Therefore, the petition is denied. Judge Gibbons would grant rehearing for the reasons stated in her dissent.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**