**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 09, 2023

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

      Re:  Case No. 22-5312, *Nikki Grae, et al v. Corrections Corp. of America, et al*
            Originating Case No.: 3:16-cv-02267

Dear Mr. Horwitz,

  The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Beverly L. Harris
                                        En Banc Coordinator
                                        Direct Dial No. 513-564-7077

cc:  Ms. Melissa K. Dix
      Mr. Craig A. Edgington
      Mr. Michael Galdes
      Ms. Christina Rose Gay
      Mr. Brian Glennon
      Mr. Roman Martinez
      Mr. Paul R. McAdoo
      Mr. Milton S. McGee III
      Mr. Eric Charles Pettis
      Mr. Steven A. Riley
      Mr. Brice Moffatt Timmons
      Mr. Christopher M. Wood

Enclosure