# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 10, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Aug 14, 2023
DEBORAH S. HUNT, Clerk

Re:  Eddie Tardy
     v. Corrections Corporation of America, nka CoreCivic, et al.
     No. 23-129
     (Your No. 22-5312)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 7, 2023 and placed on the docket August 10, 2023 as No. 23-129.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst